COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| IN RE: | § | No. 08-11-00054-CR |
| THE STATE OF TEXAS, | § | AN ORIGINAL PROCEEDING IN |
| Relator. | § | MANDAMUS |
| | § | |
| | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court is Relator's motion to dismiss this original proceeding.  The motion is granted, and the proceeding is dismissed.


GUADALUPE RIVERA, Justice

February 23, 2011

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)